**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7718**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ORONDE S. MABRY, a/k/a Oronde' Sylvester Mabry,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:07-cr-00028-REP-2)

———————

Submitted: February 21, 2013      Decided: February 25, 2013

———————

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Oronde S. Mabry, Appellant Pro Se. Richard Daniel Cooke, Assistant United States Attorney, Matthew Childs Ackley, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oronde S. Mabry appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Mabry, No. 3:07-cr-00028-REP-2 (E.D. Va. Sept. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED